## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Harold D. Register, III
Atty At Law
102 Versailles Blvd. Ste. 620
Lafayette La 70501

> Judgment on rehearing rendered and mailed to all parties or counsel of record on **September 14, 2022**

**REHEARING ACTION: September 14, 2022**

**Docket Number: 22   00414-KW**

**STATE OF LOUISIANA**
**VERSUS**
**KRISTA SUE AUTREY**

**Writ Application from St. Martin Parish Case No. 20-256157**

<u>**BEFORE JUDGES**</u>:

    **Hon. Shannon J. Gremillion**
    **Hon. Candyce G. Perret**
    **Hon. Charles G. Fitzgerald**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Krista Sue Autrey** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent
    Renee M Louviere, Counsel for  the Respondent
    W. Claire Howington, Counsel for  the Respondent